# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ORLANDO MARTEL THOMAS**                                      **PETITIONER**

**VS.**            **CASE NO. 2:20CV00060 JM/PSH**

**DWAYNE HENDRIX, Warden,**
**FCI**                                                         **RESPONDENT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 26th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE