# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ORLANDO MARTEL THOMAS**                                              **PETITIONER**

**VS.**               **CASE NO. 2:20CV00060 JM/PSH**

**DWAYNE HENDRIX, Warden,**
**FCI**                                                                  **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied.

IT IS SO ORDERED this 26th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE